

**DLA PIPER**

DLA Piper US LLP
1251 Avenue of the Americas, 29th Floor
New York, New York 10020-1104
www.dlapiper.com

Stanley McDermott III
stanley.mcdermott@dlapiper.com
T  212.335.4790
F  212.884.8490

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/23/08

June 20, 2008

BY Fax
212.805.7924

The Honorable Sidney H. Stein
U.S. Courthouse
500 Pearl Street                     **MEMO ENDORSED**
Room 1010
New York, NY 10007-1312

Re:   Seamus Holdings, S.A. v. Projector S.A. and
      Tristar Petroleum S.A.
      08 Civ. 5117 (SHS)

Dear Judge Stein:

We are counsel to defendant Tristar Petroleum S.A. ("Tristar"). We have discussed with counsel for plaintiff Seamus Holdings, S.A. ("Seamus") a briefing schedule for Tristar's motion to vacate the attachment of its funds. Due to the fact counsel for Seamus will be away next week, we have agreed that Tristar will serve its motion papers on or before Monday, June 30th, Seamus will serve its opposition papers on or before Wednesday, July 9th, and Tristar will serve its reply if any on or before Monday July 14th.

The parties would respectfully request that the Court hear the parties on the motion on the earliest convenient date after July 14th.

We trust that this schedule suits the Court's convenience and appreciate Your Honor's time and attention.

Respectfully,

Stanley McDermott III

SMI:as

cc:   Patrick F. Lennon, Esq. (By email)
      Anne C. LeVasseur, Esq. (By email)

*Oral argument July 17 at 2 p.m.*

SO ORDERED 6/23/08

Sidney H. Stein
U.S.D.J.