UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAMUS HOLDINGS, S.A., | Case No. 08 Civ. 5117 (SHS) |
| Plaintiff, | |
| v. | **NOTICE OF MOTION TO VACATE ATTACHMENT** |
| PROJECTOR S.A. AND TRISTAR PETROLEUM S.A., | |
| Defendants. | |

PLEASE TAKE NOTICE that in accordance with Rule E(4)(f) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and for the reasons set forth in the Memorandum in Support of Defendant Tristar Petroleum S.A.'s Motion to Vacate Supplemental Rule B(1) Attachment, defendant Tristar Petroleum S.A. will move this Court before the Honorable Sidney H. Stein, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order vacating the plaintiff's attachment of funds at Deutsche Bank ($220,020.29).

Dated:   New York, New York
         June 30, 2008

DLA PIPER US LLP

_SM/h. Jn_

Stanley McDermott III
1251 Avenue of the Americas
New York, New York  10020
(212) 335-4790
stanley.mcdermott@dlapiper.com

*Counsel for Tristar Petroleum S.A.*

TO:   Anne C. LeVasseur, Esq.
Patrick F. Lennon, Esq.
LENNON, MURPHY & LENNON, LLC
420 Lexington Avenue, Suite 300
New York, New York  10170

*Counsel for Seamus Holdings, S.A.*

8254683