UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAMUS HOLDINGS, S.A.,

Plaintiff,

v.

PROJECTOR S.A. AND TRISTAR PETROLEUM S.A.,

Defendants.

Case No. 08 Civ. 5117 (SHS)

**DECLARATION OF
STANLEY MCDERMOTT III**

Stanley McDermott III, hereby declares in accordance with 28 U.S.C. § 1746 as follows:

1.    I am a member of DLA Piper US LLP, counsel for defendant Tristar Petroleum S.A. ("Tristar"), and submit this Declaration to identify documents relevant to Tristar's motion to vacate the maritime attachment at issue.

2.    Appended Exhibit A is the charter addendum appended to the complaint of plaintiff Seamus Holdings S.A. ("Seamus").

3.    Appended Exhibit B is the message from Deutsche Bank reporting the attachment of $220,050.29, part of an Electronic Fund Transfer ("EFT") from the originator's bank, Sumitomo Mitsui Banking Corp., to ING Bank in Geneva, Switzerland, the beneficiary's bank (*i.e.*, Tristar's bank).

4.    Appended Exhibit C is an email message dated September 13, 2007 provided by counsel for Seamus.  In this message E.A. Gibson Shipbrokers Ltd. ("Gibson"), the shipbrokers of Projector S.A. ("Projector"), evidently forwarded to Seamus's brokers the quoted request from Projector.

5.    Appended Exhibit D is an email message dated September 25, 2007 provided by counsel for Seamus, evidently reflecting an exchange between Projector's and Seamus's brokers.

6.    Appended Exhibit E is an email message and attachment provided by Projector's New York counsel, Jack A. Greenbaum, Esq., of Blank Rome LLP, dated June 30, 2008, from Projector's Mr. Chris Manchett to Mr. Greenbaum, forwarding an email message dated June 24, 2008 from Projector's Mr. Franco Parloto to Gibson, requesting that Gibson send the referenced email and incorporated attachment to "Owners," *i.e.*, Seamus.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 30, 2008.

_____
Stanley McDermott III

# EXHIBIT A



25th September 2007

## M.T. "SCORPIOS"

ADDENDUM No.1 to the above Charter Party dated 2nd August 2007 (hereinafter referred to as "the Charter Party") between SEAMUS HOLDINGS S.A. as OWNER and PROJECTOR S.A. OF BELIZE, as CHARTERER.

It is hereby mutually agreed to amend the Charterers style to read "TRISTAR PETROLEUM S.A.". Projector always to be responsible for the fulfilment of the Charter Party.

All other terms, conditions, exceptions and exemptions from liability of this Charter Party shall remain unaltered.

**OWNERS**                        **CHARTERERS**

23

EXHIBIT B

Please be advised that our New York office was instructed by the **United States District Court for the Southern New York District,**
to hold the amount of US$220.050.29 from the full payment amount of US$38,278,248.25 regarding:
Tristar Petroleum SA

Below find, for your guidance, a copy of an advise sent to the paying bank  Sumitomo Mitsui Banking Corp in New York:

**Outgoing Message – Message Text**

**Message Text**

WE REFER TO SSN 259302 DATED 06/09/08 VALUE 06/09/08 FOR USD 38,278,248.25 BY ORDER OF SUMITOMO MITSUI BA
CORPORATION FAVOUR ING BELGIUM BRUSSELS GENEVA BRANCH, GENEVA, SWITZERLAND WITH DETAILS
BBI=/REC/NODEDUCT /ACC/ APP: ARCADIA PET56 DD 080609 ROLEUM LTDBEN: TRISTAR PETROLEUM SAFROM: ASH SHIH
PETROLEUM EXPORT TERMINAL YEMEN TO INDIA

PLEASE BE ADVISED THAT WE WERE UNABLE TO EXECUTE YOUR PAYMENT ORDER AS PER OUR LEGAL DEPARTMENT
INSTRUCTIONS AND PER WRIT OF MARITIME ATTACHEMENT THAT WAS RECEIVED FROM UNITED STATES DISTRICT COURT
THE SOUTHERN NEW YORK DISTRICT REQUESTING TO HOLD ALL PAYMENT REGARDING: TRISTAR PETROLEUM SA.

BE ADVISED THAT WE WERE INSTRUCTED TO HOLD ONLY USD220,050.29 FROM THE PRINCIPAL AMOUNT OF USD38,278,2
THE BALANCE OF USD 38,058,227.96 WAS EFFECTED AS ORGINALLY INSTRUCTED.

SHOULD YOUR WISH FOR A COPY OF THE COURT ORDER PLEASE ADVISE ME OF YOUR FAX NUMBER ALONG WITH AND
INDIVIDUAL NAME TO SEND IT TOO AND OR THEIR EMAIL ADDRESS.

PLEASE AVOID DUPLICATION.

PLEASE QUOTE OUR REFERENCE NUMBER, 080609607126 IN ALL FUTURE CORRESPONDENCE RELATING TO THIS CASE.

REGARDS, MARCIA HANSON PAYMENT INVESTIGATIONS

From our side, we are also requesting for a copy of the court order and will revert on that.

Hope this info helps for the timebeing.

**Kind Regards / Mit freundlichen Grüssen**

—————————————————————

**Miguel Castilla**
CMFI Customer Service
Global Transaction Bank
Uraniastrasse 9
8023 Zurich / Switzerland

**Deutsche Bank [/]** – Zurich
☎ Phone:  +41 (0)44 227 3789
Fax      :  +41 (0)44 227 3069
Mobile   :  +41 (0)79 228 2844
mailto  : miguel.castilla@db.com

——

6/12/2008

# EXHIBIT C

Print Copy for : VARLAMOU DIMITRA

---

SENT OK Inc.MSG.: 213147          Date: Thu 13/Sep/2007 00:29
From: Operations//Gibson E.A. Tankers <"E A Gibson Ltd.-Tanker OPS (Page
Steve)" <tops@eagibson.co.uk>>
Subject: SCORPIOS / PROJECTOR ** MSG#:<149967>
TO : <operations@imssa.gr>


Good day,

Pls note fllwg request to assign the c/p rcvd fm chrtrs

- qte

We need to assign this charter party to Tristar Petroleum SA.

Projector will remain responsible for all commercial aspects of the charter
party.

Projector will make all payments and issue all instructions.

Please have owners confirm.


Best regards
Richard Hutton
Projector Services Ltd
For Projector SA

- unq

Pls confirm

brgds
Steve

---

The information transmitted is intended only for the person or entity to which
it is addressed and may contain confidential and/or privileged material. Any
review, retransmission, dissemination or other use of, or taking of any action
in reliance upon, this information by persons or entities other than the
intended recipient is prohibited. If you received this in error, please contact

the sender and delete the material from any computer.

---

E. A. Gibson Shipbrokers is a limited company registered in England and Wales.
Reg No. 710161. Registered office: E. A. Gibson Shipbrokers Ltd, Audrey House,
16-20 Ely Place, London. EC1P 1HP

---

Sent with Danaos Info@Gate Communication Software

# EXHIBIT D

Print Copy for : VARLAMOU DIMITRA

_____

SENT OK Inc.MSG.: 223885          Date: Tue 25/Sep/2007 14:32
From: Gibson E.A. Tankers <"E A Gibson Ltd. - Clean" <clean@eagibson.co.uk>>
Subject: SCORPIOS - ADDENDUM# ** MSG#:<157177>
TO : <paul@navig8group.com>, <TOPS@eagibson.co.uk>, <chartering@imssa.gr>


RE : SCORPIOS/PROJECTOR - C/P DATED 02 AUGUST 2007
==================================================

ADDENDUM NO 1 DATED 25 SEPT 2007
------------------------------------------------------

IT IS HEREBY MUTUALLY AGREED TO AMMEND THE CHARTERER TO "TRISTAR PETROLEUM S.A,
PROJECTOR ALWAYS TO BE RESPONSIBLE FOR THE FULFILLMENT OF THE CHARTERPARTY".

ALL OTHER DETAILS REMAIN.

REGARDS
ADAM TOALE
EA GIBSON SHIPBROKERS LTD
+ 44 20 7667 1129
_____

The information transmitted is intended only for the person or entity to which
it is addressed and may contain confidential and/or privileged material. Any
review, retransmission, dissemination or other use of, or taking of any action
in reliance upon, this information by persons or entities other than the
intended recipient is prohibited. If you received this in error, please contact

the sender and delete the material from any computer.
_____

E. A. Gibson Shipbrokers is a limited company registered in England and Wales.
Reg No. 710161. Registered office: E. A. Gibson Shipbrokers Ltd, Audrey House,
16-20 Ely Place, London. EC1P 1HP
_____

Sent with Danaos Info@Gate Communication Software

**EXHIBIT E**

## McDermott, Stanley

**Subject:**     FW: m/t 'Scorpios' - c/p 02.08.07
**Attachments:** 2786_001.pdf

---

**From:** Chris Manchett [mailto:ChrisManchett@projectorservices.co.uk]
**Sent:** Monday, June 30, 2008 10:35 AM
**To:** Greenbaum, Jack A.
**Subject:** FW: m/t 'Scorpios' - c/p 02.08.07

Chris Manchett
Projector Services Ltd.
for and on behalf of Projector S.A.
3rd Floor, Landsdowne House,
57 Berkeley Square
London  W1J 6ER
Tel: +44 20 7659 9500
Fax: +44 20 7408 1793 / +44 20 7659 9501
Cell: +44 7795 272 062
Yahoo: chris_manchett

---

**From:** Franco Parlato
**Sent:** 24 June 2008 18:17
**To:** Chris Manchett
**Subject:** FW: m/t 'Scorpios' - c/p 02.08.07

Herewith a copy of e- mail and invoice attachment sent to Owners

---

**From:** Franco Parlato
**Sent:** 24 June 2008 18:17
**To:** 'claims@eagibson.co.uk'
**Subject:** m/t 'Scorpios' - c/p 02.08.07

Keith/franco

Please forward to Owners

Re: 'Scorpios' –c/p dtd 02.08.07

We refer to Owner's e-mail of 12.06.08.

Please find attached our invoice no.2500U dated 23.06.08, for which you are already on notice for.
We request that you pay this invoice by latest  25th June 2008.  Should this invoice not be settled by this date
we reserve our contractual rights to institute legal proceedings in the High Court of London.

We trust that you will pay accordingly and that no further actions will be necessary.

Please also confirm by way of return that as per addendum number 1 dtd 25TH September 2007
of the c/p dtd 02nd August 2007 that full responsibility for the fulfilment of the charterparty
is with Projector S.A. and that you will therefore terminate all proceedings for the fulfilment

of this c/p from Tristar Petroleum Limited.

b. rgds
Projector Services Ltd
For and on behalf Projector SA

---

This message and any attachments (the "message") is intended solely for the addressees and is confidential. If you receive this message in error, please delete it immediately and notify the sender. Any use not in accord with its purpose, any dissemination or disclosure, either whole or partial, is prohibited except where formal approval has been granted. The opinions expressed within this email represent those of the individual and not necessarily those of Projector Services Limited. Projector Services Limited acts for and on behalf of Projector SA and its subsidiaries.

Projector Services Limited is a company registered in England and Wales with company number 05268448. The company's registered office is 3rd Floor Lansdowne House, 57 Berkeley Square, London, W1J 6ER. VAT No: 867 5340 94

**PROJECTOR S.A.**

Seamus Holding S.A.
Liberia
C/O Gibson EA Tankers

23 June 2008

# I N V O I C E SCORP/2500U

### RE: M/T Scorpios C/P DTD 02 August 2007

| | | |
|---|---|---|
| Reclaim of freight on balance not loaded by the vessel as per email dtd 12/06/08 3,249.217 mtons at USD 28.38 / mt | = | USD 92,212.79 |

Loss of profit on sale contract as per email dtd 12/06/08
- sale price     usd 789.94 m/t CIF Lagos
- purchase price   usd 665.75 FOB
- freight cost    <u>usd  28.38  m/t</u>

|  | | | |
|---|---|---|---|
| = usd  95.81  m/t  on 3,249.217 short lifted | = | USD 311,307.48 |
| Less balance undisputed demurrage as per email dtd 12/06/08 | = | USD 124,623.95 |
| Balance due Projector S.A. | = | <u>USD 278,896.32</u> |

Payment Due: PROMPT

<u>Payment terms:</u> prompt net cash by telegraphic transfer of immediately available federal funds to:

**Beneficiary Bank :**
HSBC Private Bank (Suisse) SA, Geneva
SWIFT CODE: BLICCHGG
A/C: IBAN CH8108689050912267274
Beneficiary: Projector SA

**Correspondent Bank:**
HSBC Private Bank of New York, NY
SWIFT CODE: MRMDUS33
ABA:: 021001088

35A Regent Street, Belize City, Belize