UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAMUS HOLDINGS, S.A., <br><br>            Plaintiff, <br><br>     v. <br><br> PROJECTOR S.A. AND TRISTAR PETROLEUM S.A., <br><br>            Defendants. | Case No. 08 Civ. 5117 (SHS) <br><br> **RULE 7.1 DISCLOSURE STATEMENT** |

Defendant Tristar Petroleum, S.A., in accordance with Fed. R. Civ. P. 7.1, states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
        June 30, 2008

                                      DLA PIPER US LLP

                                      _____
                                      Stanley McDermott III
                                      1251 Avenue of the Americas
                                      New York, New York  10020
                                      (212) 335-4790
                                      stanley.mcdermott@dlapiper.com

                                      *Counsel for Tristar Petroleum S.A.*