USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SEAMUS HOLDINGS, S.A.,                        :      08 Civ. 5117 (SHS)

                Plaintiff,        :

   -against-                                        :      ORDER

PROJECTOR S.A., and TRISTAR PETROLEUM,  :
S.A.,
                                       :

                Defendants.
-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       A pretrial conference having been held today, with counsel for all parties present,

       IT IS HEREBY ORDERED that for the reasons set forth on the record, Tristar Petroleum, S.A.'s motion to vacate the attachment [7] is granted.

Dated: New York, New York
       July 17, 2008

                                               SO ORDERED:

                                               _____
                                               Sidney H. Stein, U.S.D.J.